UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

JOSH COHEN,                            :

        Plaintiff,            :       SCHEDULING ORDER

   -against-                              :
                                                       23 Civ. 10359 (JPC(GWG)
ACTION SQUARED et al.,                 :

        Defendants.           :
---------------------------------------------------------------x

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      The motion to amend (Docket # 15) is denied both for failure to comply with paragraph 2.A of this Court's Individual Practices and because it fails to attach a copy of the proposed amended complaint. See S.M. v. Oxford Health Plans (N.Y.), Inc., 94 F. Supp. 3d 481, 515 (S.D.N.Y. 2015) ("It is well-settled that when seeking leave to amend, the movant must submit 'a complete copy of the proposed amended complaint . . . so that both the Court and the opposing party can understand the exact changes sought.'").

      The Court finds some merit in Action Squared's proposal (Docket # 16) that it would be more efficient if the planned motion to dismiss the current complaint were adjudicated before expanding the case to new defendants.   The Court makes no ruling on the question, however.   If plaintiff seeks to proceed with any application to amend, he must attach the proposed amended complaint (and a version showing changes from the existing amended complaint) to any letter to the Court seeking permission to file the motion.

      SO ORDERED.

Dated:  New York, New York
       April 23, 2024

                                                                       GABRIEL W. GORENSTEIN
                                                                       United States Magistrate Judge