**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

JOSH COHEN,

         Plaintiff,

        v.

ACTION SQUARED, et al.

         Defendants.

Case No.: 1:23-cv-10359-JPC-GWG

## ORDER FOR ADMISSION PRO HAC VICE

The motion of Dhaivat H. Shah, for admission to practice Pro Hac Vice in the above-captioned action is granted. Applicant has declared that he is a member in good standing of the bar of the state of California; and that his contact information is as follows:

Applicant's Name: Dhaivat H. Shah

Firm Name: Grellas Shah LLP

Address: 20400 Stevens Creek Blvd., Suite 280
         Cupertino, CA 95014

Telephone: (408) 255-6310

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendant Nathan Woodhull in the above-entitled action.

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hae Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____

_____
United States District / Magistrate Judge