## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

JOSH COHEN,

            Plaintiff,

   v.

ACTION SQUARED, et al.

            Defendants.

Case No.: 1:23-cv-10359-JPC-GWG

---

### AFFIDAVIT OF DHAIVAT H. SHAH

I, Dhaivat H. Shah, hereby depose and state:

1.     I am over the age of eighteen and believe in the obligations of an oath.

2.     I am an attorney with the law firm of Grellas Shah LLP located at 20400 Stevens Creek Boulevard, Suite 280, Cupertino, CA 96014; Telephone No.(408) 255-6310; email address: ds@grellas.com.

3.     I am a member in good standing of the following courts:

| Court/Jurisdiction | Bar Number |
|---|---|
| California | SBN #196382 |

- California state courts
- United States District Court for the Northern District of California
- United States District Court for the Southern District of California
- United States District Court for the Eastern District of California
- United States District Court for the Central District of California
- United States Court of Appeals for the Ninth Circuit

4.     Attached as **Exhibit A** is a true and correct copy of the Certificate of Standing issued by the State Bar of California.

5.    No disciplinary complaints are pending against me.

6.    I have never been convicted of a felony.

7.    I have not been censured, suspended, disbarred, denied admission to, denied readmission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice while facing a disciplinary complaint before this Court or any other court.

8.    I have fully reviewed and am familiar with the Federal Rules of Civil Procedure, the Local Rules of The United States District Court for the Southern District of New York, and the New York Rules of Professional Conduct.

9.    I have been representing the Defendant with regard to this litigation and am familiar with the relevant legal and factual issues.

10.    I hereby designate Seth K. Kugler of Grellas Shah LLP, 20400 Stevens Creek Blvd., Suite 280, Cupertino, CA 95014, shall serve as the sponsoring lawyer for Attorney Dhaivat H. Shah and local counsel for Defendant, and other attorneys who have appeared, or who may appear herein as my agent(s) for service of process and the District of New York as the forum of resolution for any disputes that may arise out of my admission.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dhaivat H. Shah                                        Date
Grellas Shah LLP
20400 Stevens Creek Blvd, Suite 280
Cupertino, CA 95014
Phone: (408) 255-6310

Email: ds@grellas.com
*Counsel for Defendant,*
*Nathan Woodhull*

On the ___day of November, 2024, before me personally appeared, Dhaivat H.

Shah, who swore to and subscribed the above affidavit before me.

*See attachment*

_____

Notary Public

My Commission Expires:

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of November, 2024, I electronically filed a true and correct copy of the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to registered counsel or parties of record.

Sofija Cukic

3

# ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of _Santa Clara_ )

On _November 19, 2024_ before me, _Sofija Cukic, notary public_

(insert name and title of the officer)

personally appeared _Dhairat H. Shah_ ,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

SOFIJA CUKIC
Notary Public · California
Santa Clara County
Commission # 2491061
My Comm. Expires May 24, 2028

Signature _____    **(Seal)**

# Exhibit A

# THE STATE BAR OF CALIFORNIA
# CERTIFICATE OF STANDING

November 19, 2024

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, DHAIVAT HASMUKH SHAH, #196382 was admitted to the practice of law in this state by the Supreme Court of California on August 14, 1998 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Alex Calderon
Custodian of Records