UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

JOSH COHEN, :

          Plaintiff, : ORDER

      -against- :

                                            23 Civ. 10359 (JPC) (GWG)

ACTION SQUARED et al., :

         Defendants. :
---------------------------------------------------------------x

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      In the Order dated December 11, 2024 (Docket # 73), the portion of the last paragraph on the first page reading:

      "(1) the Court reserves the right to issue an Order to Show Cause why the Second Amended Complaint should not be dismissed . . . "

      should have been rendered as:

      "(1) the Court reserves the right to issue an Order to Show Cause why the proposed Third Amended Complaint should not be dismissed . . . ".

      Docket # 73 is deemed corrected as stated herein.

      SO ORDERED.

Dated: New York, New York
       December 11, 2024

                                              _____
                                              GABRIEL W. GORENSTEIN
                                              United States Magistrate Judge