**VIA ECF**

> Hon. Gabriel W. Gorenstein
> United States District Court
> Southern District of New York
> 500 Pearl Street
> New York, NY 10007

**Re: Cohen v. Action Squared et al., No. 23-CV-10359 (JPC) (GWG)**

# REQUEST FOR EXTENSION FOR THIRD AMENDED COMPLAINT

Dear Judge Gorenstein,

Plaintiff requests an extension until Friday December 27th to submit his Third Amended Complaint.

Respectfully Submitted,

/s/ Josh R. Cohen