**VIA ECF**

> Hon. Gabriel W. Gorenstein
> United States District Court
> Southern District of New York
> 500 Pearl Street
> New York, NY 10007

**Re: Cohen v. Action Squared et al., No. 23-CV-10359 (JPC) (GWG)**

# I QUESTION

Dear Judge Gorenstein,

Plaintiff is operating under the assumption that he should wait for the court to respond to Defendants' letter on 1/9/2024, Docket #78, rather than submit his own letter in response, arguing for the TAC to be accepted.

If Plaintiff's assumption is incorrect, Plaintiff asks the court to instruct Plaintiff what to do next.

Plaintiff apologizes for missing the previous deadline by 8 hours.

Respectfully Submitted,

/s/ Josh R. Cohen