**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOSH COHEN, | |
|     Plaintiff, | |
| v. | Case No. 23-CV-10359 (JPC) (GWG) |
| ACTION NETWORK, AFL-CIO, ACTION SQUARED, NATHAN WOODHULL, CIVITECH, DEMOCRATIC NATIONAL COMMITTEE, MOVEON.ORG, NETROOTS NATION | |
|     Defendants. | |

**<u>NOTICE OF MOTION</u>**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law attached hereto, and all pleadings and proceedings heretofore had before this Court, Defendants Action Network, Action Squared, AFL-CIO, MoveOn.org, Civitech PBC, Democratic National Committee, Netroots Nation, and Nathan Woodhull (collectively, "Defendants"), by the undersigned attorneys, move this Court for an Order, pursuant to Federal Rule of Civil Procedure 8(a)(2), dismissing Plaintiff's Third Amended Complaint with prejudice.

Pursuant to the Court's January 14, 2025 Order setting a briefing schedule on motions to dismiss filed in this case, ECF No. 80, any opposition to the Defendants' motion to dismiss shall be filed on or before February 14, 2025. Any reply shall be filed on or before February 28, 2025.

Dated: January 31, 2025                Respectfully submitted,

*/s/ Caitlin Kekacs*
Caitlin Kekacs
Lane Shadgett*
**Bredhoff & Kaiser PLLC**
805 Fifteenth Street NW, Suite 1000
Washington, DC 20005
(202) 842-2600
ckekacs@bredhoff.com
lshadgett@bredhoff.com
*Counsel for Defendants Action Network, Action Squared,*
*AFL-CIO and MoveOn.org*

Dhaivat Shah*
David T. Siegel
Seth K. Kugler
**Grellas Shah LLP**
20400 Stevens Creek Blvd., Suite 280
Cupertino, CA 95014
(408) 255-6310
ds@grellas.com
dsiegel@grellas.com
skugler@grellas.com
*Counsel for Defendant Nathan Woodhull*

Mimi Marziani
**Marziani, Stevens & Gonzalez PLLC**
1533 Austin Highway, Suite 102-402
San Antonio, TX 78218
(615) 293-5003
mmarziani@msgpllc.com
*Counsel for Defendant Civitech PBC*

Joshua Matz
Anna Collins Peterson
Madeline Verniero*
**Hecker Fink LLP**
1050 K Street NW, Suite 1040
Washington, DC 20001
(929) 294-2537
jmatz@heckerfink.com
apeterson@heckerfink.com
mverniero@heckerfink.com
*Counsel for Defendant Democratic National Committee*

1

Nathaniel K. Charny
**Charny & Wheeler P.C.**
42 West Market Street
Rhinebeck, NY 12572
(845) 876-7500
ncharny@charnywheeler.com
*Counsel for Defendant Netroots Nation*

*Admitted *pro hac vice*